UNITED STATES DISTRICT COURT
DISTRICT OF NEW JERSEY

NICHOLAS KYRIAZIS,            :
                              :
        Petitioner,           :    Civil No. 11-2360 (DMC)
                              :
    v.                        :    ORDER
                              :
GREGORY BARTKOWSKI, et al.,   :
                              :
        Respondents.          :

Nicholas Kyriazis has presented for filing a Petition for writ of habeas corpus pursuant to 28 U.S.C. § 2254 and an Application to proceed in forma pauperis pursuant to 28 U.S.C. § 1915(a)(1).

Based upon Petitioner's affidavit of indigence,
IT IS on this ___9___ day of ___May___, 2011,
ORDERED that Petitioner's application to proceed in forma pauperis is hereby GRANTED.

Dennis M. Cavanaugh
United States District Judge